# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13CV184-GCM

| | |
|---|---|
| REGINA BOSTON,          )<br>    Plaintiff,          )<br>                                  )<br>vs.                              )<br>                                  )<br>CLIENT SERVICES of MISSOURI,  )<br>INC.,                            )<br>                                  )<br>    Defendant.        )<br>_____)  | ORDER |

This matter is before the court upon Plaintiff's Motion to Recuse Judge [Doc. No. 16]. Plaintiff, Regina Boston, has filed a motion in this Court asking for the recusal of the undersigned. In support of her motion, Plaintiff contends that the undersigned "cannot hear the above case in a fair and impartial manner and give Petitioner a fair ruling no matter how [she] pleads." [Doc. No. 16 at 3].

On April 26, 2013, in connection with another case that Ms. Boston filed, the Court directed Plaintiff to appear and show cause why the Court should not issue a prefiling injunction barring her from filing actions under the FCRA against debt collection companies who obtain her consumer report. [*Boston v. Diverse Funding Associates,* LLC, 3:12cv681, Doc. No. 18]. Following the hearing the Court issued an Order that Plaintiff may not file any more of these types of lawsuits *in forma pauperis*, but must pay the full filing fee in any case in which she sues a debt collection agency under the FRCS for pulling her credit report. [*Id.* Doc. No. 20].

1

Plaintiff filed the instant motion for recusal citing the language in the Court's Order in her prior case in support of her motion to recuse. The Court, in an abundance of caution, directs that the motion be assigned to the Chief Judge of the District for disposition. 28 U.S.C. § 144.

**SO ORDERED**.

Signed: August 5, 2013

Graham C. Mullen
United States District Judge